UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW J PERRON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JASON F WALKER, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 3:21-cv-05572-BJR-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: November 5, 2021 |

The District Court has referred this civil rights case to the undersigned. This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* ("IFP") and on the Court's order for plaintiff to show cause. Dkts. 1, 5.

On September 7, 2021, the undersigned entered an order for plaintiff to show cause. Dkt. 5. The Court explained that in connection with plaintiff's IFP motion, the Court had reviewed his complaint but determined that the complaint failed to state a viable claim. Dkt. 5, at 1. Therefore, the Court declined to rule on plaintiff's IFP motion until plaintiff corrected the deficiencies in his complaint. Dkt. 5, at 2.

The Court specifically explained that if plaintiff failed to file an amended complaint or

1  failed to adequately address the issues raised in the Court's Order on or before October 5, 2021,
2  the undersigned would recommend dismissal of this action pursuant to 28 U.S.C. § 1915A.  Dkt.
3  5, at 7.

4        Plaintiff took no action in response to the Court's show cause order.  On September 22,
5  2021, plaintiff's mail was returned to the Court as undeliverable, and the Clerk's Office updated
6  the docket to reflect that it re-sent the order to show cause to plaintiff's updated address at the
7  Washington Corrections Center.  Plaintiff has nevertheless failed to response to the Court's
8  Order to Show Cause.

9        Therefore, the Court recommends that this matter be dismissed without prejudice for
10  failure to prosecute and to comply with a court order.  All pending motions should be denied.

11        Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
12  fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
13  6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
14  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
15  objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
16  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
17  imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **November 5,**
18  **2021,** as noted in the caption.

19        Dated this 15th day of October, 2021.

                                      J. Richard Creatura
                                      Chief United States Magistrate Judge