UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW J. PERRON,

      Plaintiff,

v.

JASON F. WALKER, *et al.*,

      Defendants.

CASE NO. 3:21-cv-5572-BJR-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on a Report and Recommendation by the Honorable J. Richard Creatura, Chief United States Magistrate Judge, which recommends dismissal of Plaintiff's claims without prejudice for failure to prosecute and failure to comply with a Court Order. Plaintiff has not filed objections to the Report and Recommendation.

Having reviewed the Report and Recommendation and the balance of the record in this case, the Court finds and ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 7).

(2) Plaintiff's claims are DISMISSED without prejudice. All pending motions are denied, and the case is closed.

(3) The Clerk is directed to send copies of this order to Plaintiff and to the Honorable J. Richard Creatura.

Dated: November 30, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2